JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

NEZAR Al ARBEED,

      Petitioner,

     v.

JAIME RIOS, et al.,

      Respondents.

No. 5:26-cv-01963-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted. Petitioner shall be released on the conditions of parole previously imposed.

DATED: MAY 5, 2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE